No. 99-20275
-1-

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20275
Summary Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SAMUEL LLOYD DEBLASIO,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CR-79-1
--------------------
March 27, 2000

Before JOLLY, JONES and BENAVIDES, Circuit Judges.

PER CURIAM:*

    Samuel Lloyd Deblasio, federal inmate #68209-079, appeals
the district court's denial of his motions for a new trial and
for a default judgment.  Deblasio's motions for disclosure of
grand jury transcript and/or dismissal of indictment, release
pending appeal, disclosure of information regarding disbursement
of funds, and leave to inspect contents of sealed envelope are
DENIED.  Deblasio's motions to supplement motion for disclosure
of grand jury transcript and for leave to file a brief in excess
of the page limit in support of motion for disclosure of grand

    *  Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jury transcript are GRANTED.

Deblasio's motion for a new trial is not based on newly discovered evidence. *See United States v. Medina*, 118 F.3d 371, 373 (5th Cir. 1997); *United States v. Ugalde*, 861 F.2d 802, 808 (5th Cir. 1988). The motion was untimely. *See* Fed. R. Crim. P. 33. The district court did not abuse its discretion by denying the motion. *See Medina*, 118 F.3d at 372.

Deblasio has abandoned any challenge to the denial of the motion for a default judgment. *See United States v. Still*, 102 F.3d 118, 122 n.7 (5th Cir. 1996)(issues not argued in the brief on appeal are abandoned).

AFFIRMED; MOTIONS FOR DISCLOSURE OF GRAND JURY TRANSCRIPT, RELEASE PENDING APPEAL, DISCLOSURE OF DISBURSEMENT INFORMATION, AND LEAVE TO INSPECT CONTENTS OF ENVELOPE DENIED; MOTIONS TO SUPPLEMENT AND FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMIT GRANTED.